# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147132

LEONARD GUST and SHARON GUST,
      Plaintiffs-Appellees,

v

                                     SC: 147132
                                     COA: 311844

LENAWEE COUNTY ROAD COMMISSION,
                                     Lenawee CC: 10-003769-CZ

      Defendant-Appellant.
_____/

      On order of the Court, the application for leave to appeal the April 9, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



s1021

                                     Clerk